Case 1:26-cr-06668-06868-SEALED Document 2-2 Filed 05/10/26 Page 1 of 9

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Michael Sullivan, a Task Force Officer (TFO) with the Federal Bureau of Investigation ("FBI"), being duly sworn, depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am employed as a Sergeant Detective with the Boston Police Department ("BPD"). I have been employed by the BPD since October 2005. I am also a sworn Special Deputy United States Marshal and have been since approximately 2014. I am currently assigned as a Task Force Officer to the Federal Bureau of Investigation ("FBI") Boston Division, Child Exploitation and Human Trafficking Task Force, and have held that position since February 2014. While employed by the BPD and/or as an FBI Task Force Officer, I have investigated state and federal criminal violations related to, among other things, the on-line sexual exploitation of children. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media.

2. As part of my duties as a FBI Task Force Officer, I am authorized to investigate violations of the laws of the United States, including criminal violations relating to child exploitation, child pornography, coercion and enticement, and transportation of minors, including but not limited to violations of 18 U.S.C. §§ 2422, 2423, 2251, and 2252A, and have done so. In that capacity, I have also conducted investigation into these types of crimes, including executing federal search warrants and criminal complaints. I am also a federal law enforcement officer within the meaning of Fed. R. Crim. P. 41(a)(2)(C), that is, a government agent authorized to enforce criminal laws and duly authorized by the Attorney General to request search warrants.

1

3.      This affidavit is submitted in support of an application for a criminal complaint and arrest warrant charging Andre Jamal Bennett (hereinafter "BENNETT") (YOB 1993), of Jamaica, New York, with violation of 18 U.S.C. § 2423(b) (Travel with Intent to Engage in Illicit Sexual Conduct).

4.      The statements contained in this affidavit are based on my own personal knowledge and involvement in the investigation and my personal observations; information provided by other FBI Special Agents and analysts; information provided by the National Center for Missing & Exploited Children, analysis by federal agents/analysts and computer forensic professionals; information obtained from other individual(s); my review of documents and records; and information gained through my training, experience and background and the training and experience of other agents who have worked on child exploitation investigations for years. Because this affidavit is submitted for the limited purpose of establishing probable cause to secure a criminal complaint and arrest warrant, I have not included each and every fact that I, or others, have learned during the course of this investigation. I have set forth only the facts that I believe are necessary to establish the requisite probable cause. Where statements of others are set forth in this affidavit, they are set forth in substance and in part.

### The NCMEC CyberTips

3.      I have reviewed two National Center for Missing and Exploited Children (NCMEC) CyberTip reports generated by Instagram.  The reports detail the online enticement and solicitation of a minor (hereinafter "MINOR A," YOB 2012)[1] by an adult suspect (now alleged to be BENNETT) operating two distinct Instagram user accounts.[2] These two Instagram accounts shared

---

[1] The identity of Minor A is known to law enforcement.

[2] The names of the accounts are known to law enforcement.

2

similar subscriber details, such as BENNETT's email address, BENNETT's date of birth (XX/XX/1993), and BENNETT's cellular phone number (XXX-XXX-2279). NCMEC identified MINOR A as a child living in Boston.

3. The first CyberTip that I reviewed was filed with NCMEC on or about March 11, 2026 and subsequently forwarded to the FBI in New York, where BENNETT lives, and then to Boston, where MINOR A lives. The CyberTip included excerpts of Instagram direct messages between MINOR A and an account subscribed to BENNETT ("BENNETT Account 2"). The direct messages reportedly occurred from March 10, 2026, at 01:23:15 UTC to March 10, 2026, at 01:58:38 UTC. An excerpt of these messages follows:

| | |
|---|---|
| MINOR A: | Who is this |
| BENNETT Account 2: | I wanna make things right |
| BENNETT Account 2: | Can you call me? |
| MINOR A: | (You started an audio call) |
| MINOR A: | Pick up |
| MINOR A: | (Audio call ended) |
| BENNETT Account 2: | (Started an audio call) |
| BENNETT Account 2: | (Audio call ended) |
| BENNETT Account 2: | Hey wussup. I want to apologize for what happened last time. Can i come see you again? I really want to ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Your ▮▮▮▮▮▮▮▮▮▮. This time i'll give you the money before we do anything i promise. Let me make it up to you please. |
| BENNETT Account 2: | Thats what i sent |

4. Upon receiving the March CyberTip, I discovered that another CyberTip had been filed with NCMEC on or about December 28, 2025, and forwarded to law enforcement in New York. The CyberTip included excerpts of Instagram direct messages between MINOR A and an account subscribed to BENNETT ("BENNETT Account 1"). The direct messages reportedly

occurred from November 18, 2025, at 22:21:25 to November 19, 2025, at 05:14:42 UTC. An excerpt from the messages follows:

| | |
|---|---|
| BENNETT Account 1 | I just made Instagram |
| MINOR A | Oh |
| BENNETT Account 1 | How old are you, you look kinda young |
| MINOR A | Nun ya I have a bf |
| BENNETT Account 1 | Wow I could be your bf too |
| MINOR A | No |
| MINOR A | No |
| BENNETT Account 1 | Can we link up he doesn't have to know |
| MINOR A | No |
| MINOR A | Sorry |
| BENNETT Account 1 | I'll do anything you really cute |
| BENNETT Account 1 | What do you want |
| MINOR A | Nothing |
| BENNETT Account 1 | I can buy you something |
| BENNETT Account 1 | ███████████████ |
| MINOR A | No |
| BENNETT Account 1 | ███████████████ |
| MINOR A | No |
| MINOR A | Just leave me alone |

3. Following review of the CyberTips, the FBI arranged to interview MINOR A.

## The Forensic Interview

4. On Thursday, June 11, 2026, MINOR A participated in a forensic interview in Boston, Massachusetts. During this interview, MINOR A reported that she was contacted by a person purporting to be a 16-year-old boy via Snapchat.[3] MINOR A said she told this boy that she

---

[3] Snapchat is an American multimedia message application. One of the principal features of Snapchat is that pictures and messages are usually only available for a short time before they become inaccessible to their recipients.

was 13 years old. MINOR A disclosed that this person told her his name was "Chris." MINOR A said that "Chris" asked for nude pictures and videos of her, but she refused to provide any to him.

5. MINOR A recalled meeting "Chris" after he messaged her that he was in Boston. MINOR A said that "Chris" sent her an Uber to pick her up near her house and it took her to him at Logan Airport in Boston, Massachusetts. MINOR A said when she first saw "Chris" at the airport, he was wearing all black and had the hood from a sweatshirt over his head.

6. MINOR A said she and "Chris" took an Uber from the airport to a hotel that was a 25-to-30-minute ride from the airport. MINOR A said after entering the hotel room, "Chris" removed his hood from his sweatshirt, and she realized he was an adult man.

7. MINOR A said "Chris" went into the bathroom and when he came out, he told her to take off her clothes. MINOR A said "Chris" removed her clothes and used his hand to touch ███. ███. MINOR A said she was laying on the bed and "Chris" pulled her legs down, ███████████, and █████████████. MINOR A said "Chris" also used ███████. ███████. "Chris" asked her ██████████, but she refused. "Chris" then ████████████████.

8. MINOR A said during the sexual conduct, she believed "Chris" was using his cellular phone to record it. MINOR A described how "Chris" had his phone out and then she physically placed her hand in front of her face to demonstrate the way "Chris" was holding his phone.

9. MINOR A stated that after sex, she went into the bathroom. When she exited the bathroom, she believed "Chris" was on the phone with someone. MINOR A said "Chris" told her that he had added her name as an authorized user on his credit card. "Chris" handed her a credit

card with the name "Andrew J. Bennett" on it. MINOR A stated that the Stoughton Police Department, ultimately seized the credit card that "Chris" had provided her.

10. MINOR A said they left the motel in an Uber, and she believed she went to the airport where "Chris" was dropped off, and she remained in the Uber returning home.

11. MINOR A said after this face-to-face meeting, "Chris" has contacted her on Instagram and TikTok. MINOR A said "Chris" said he was sorry and that he was 33 years old and worked at an airport in New York. MINOR A said "Chris" told her that he always wanted to do this with a younger person. MINOR A identified "Chris's" usernames by writing the name of BENNETT Account 2 on a piece of paper, along with her social media usernames.

12. MINOR A said she has also received text messages from "Chris." The text messages came from phone number XXX-XXX-2279.

13. MINOR A disclosed that "Chris" offered her $500 or $1,000 to perform oral sex on him.

14. MINOR A's description of "Chris" included that he was a black male, taller than her, with faded arm tattoos.

**Stoughton Police Department Encounter with Minor A**

5. I am aware from my review of Stoughton Police reports that Minor A (YOB 2012) came into contact with Stoughton Police (SPD) on December 5, 2025. On that date, a member of SPD responded to a call for a female party, subsequently identified as MINOR A, who had gotten off at the wrong bus stop, was lost, and attempting to return to the City of Boston.

15. During the course of their contact with MINOR A, they learned that MINOR A was reported as a missing juvenile by the Boston Police Department on December 4, 2025.

6

16.     As a result, MINOR A was transported to the Stoughton Police Department. Once there, she met with SPD Officer Tiani Paula. Officer Paula asked MINOR A how she got to Stoughton. Officer Paula reported that MINOR A showed her a Capital One credit in the name of "Andre J Bennett."

17.     MINOR A stated she met BENNETT on Snapchat.  She identified his username and said that he claimed to be 14 years old and from New York.

18.     MINOR A reported agreeing to meet this individual at Logan Airport. MINOR A told Officer Paula that "Chris" took her in an Uber to a hotel 20-to-30 minutes from Boston, gave her the credit card, and told her that he worked at an airport in New York.  MINOR A told Officer Paula that once they were in the hotel, he removed his face mask and revealed that he was 32 years old.  MINOR A did not disclose that BENNETT engaged in sexual conduct with her.  Officer Paula observed text records on MINOR A's cellular phone that showed an Uber picking her up on November 12, 2025, at 06:46 AM.

### Identification of Andre Jamal Bennett

19.     T-Mobile records for XXX-XXX-2279, the number both identified by MINOR A as belonging to "Chris" and associated with the Instagram accounts that were reported to NCMEC, identified the active subscriber as Andre Bennett, at a residence in Jamaica, NY.  The records also reflected that the account was opened on September 30, 2025, and that the subscriber's YOB was 1993.

20.     Delta Air Lines internal records revealed that BENNETT, who works for Delta as a ground controller at John F. Kennedy (JFK) Airport in New York, traveled as a passenger from JFK Airport in New York to Boston at 06:10 AM on November 12, 2025, and departed Boston on the same day to LaGuardia Airport in New York at 12:00 PM.

21.      On June 24, 2026, FBI Task Force Officers conducted an audio-recorded photo lineup with MINOR A using standard Boston Police Department non-leading witness identification instructions.    MINOR A positively identified a photograph of Andre Jamal BENNETT as the individual she knew as "Chris."

22.      Investigators reviewed text messages observed on MINOR A's device that occurred between March 28, 2026, and June 20, 2026, between MINOR A and BENNETT's phone number (XXX-XXX-2279). I observed in these messages a person identifying himself in the text messages as "Chris." "Chris" repeatedly asked for sexual acts and explicit body photos (e.g., ' ██████ ?", " ██████ ").

**Interview of BENNETT**

20.      On July 20, 2026, TFO Jahad Hasan and I interviewed BENNETT in a private Delta Airlines conference room located at Delta Airlines in Terminal 4 at JFK Airport in Jamaica, New York. The interview was audio recorded. BENNETT was advised of his *Miranda* rights verbally and in writing, executed a written waiver, and agreed to speak with us.

21.      BENNETT initially denied having sex with MINOR A. However, later in the interview, BENNETT admitted to having sex with MINOR A. Specifically, BENNETT said he ██████ on MINOR A and ██████ with MINOR A. BENNETT was asked if he filmed it and BENNETT acknowledged that he did record it. BENNETT then showed TFO Hasan a video, which was on his iPhone, and TFO Hasan observed the time stamp creation date on the video as being November 12, 2025. The video was of BENNETT ██████ on MINOR A. BENNETT said he did not distribute the video to MINOR A or anyone else.

8

22. As the interview progressed, BENNETT reported that MINOR A initially told him she was 13 years old. BENNETT said when he met MINOR A that she looked young but did not think that she was 13 years old.

23. BENNETT acknowledged the Instagram accounts that were documented in the NCMEC reports were his accounts and it was him who was sending the messages to MINOR A.

## CONCLUSION

24. Based on the foregoing, I submit there is probable cause to believe that on or about November 12, 2025, Andrew Jamal BENNETT did travel in interstate commerce from the State of New York to the Commonwealth of Massachusetts and engaged in illicit sexual conduct with MINOR A (YOB 2012), in violation of 18 U.S.C. § 2423(b).

Sworn to under the penalties of perjury,

/s/ Michael Sullivan

Michael Sullivan
Task Force Officer
Federal Bureau of Investigation

Sworn before me telephonically pursuant to Fed. R. Crim. P. 4.1(d)(3) this 6 day of August, 2026.

HONORABLE M. PAGE KELLEY
UNITED STATES MAGISTRATE JUDGE

9